UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
JACKSON, et al.,

                            Plaintiff(s),                  **ADJOURNMENT ORDER**

    - against -

                                                       22 Civ. 3120 (NSR)

PROAMPAC LLC, et al.,

                            Defendant(s).
---------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

      The above case previously scheduled for a telephonic Status Conference on February 15, 2024 before the United States District Judge Nelson S. Román, **is hereby adjourned** *sine die* pending this Court's resolution of Plaintiffs' motion for reconsideration.

Dated: White Plains, New York
          February 13, 2024

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/13/2024