LAW OFFICE OF ROBERT D. McCREANOR, P.L.L.C.
245 SAW MILL RIVER ROAD
SUITE 106
HAWTHORNE, NY 10532
(845) 202 1833
www.rdmclegal.com

April 30, 2025

Hon. Nelson S. Roman
United States Distirct Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 1, 2025

Re:   *Jackson et al. v. ProAmpac LLC et al.*, 7:22-cv-03120-NSR-JCM

Dear Judge Roman,

    I, along with my co-counsel Kakalec Law PLLC, represent the Plaintiffs in the above referenced matter and, with the consent of counsel for all Defendants and on behalf of all parties, write to inform your Honor that the parties have reached an agreement in principle to settle this matter. Additionally, the parties have agreed to consent to the jurisdiction of Magistrate Judge McCarthy for the purpose of deciding the parties' anticipated motion seeking approval of the proposed settlement. We wish to bring these developments to your attention particularly in light of the currently pending motion at ECF Dkt. 106, which a settlement in this case will render moot.

Respectfully submitted,

/s/ Robert McCreanor

Attorney for Plaintiffs

**MEMO ENDORSED**

**In light of the settlement in principle, Plaintiff's motion for reconsideration is DENEID as moot. As the parties have indicated they consent to proceed for all purposes before Magistrate Judge McCarthy, they are directed to complete, sign (not s/) and file a Notice, Consent and Reference of a Civil Action to a Magistrate Judge (blank form attached hereto). The Clerk of Court is respectfully directed to terminate the motion at ECF No. 106.**

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

Dated: May 1, 2025
White Plains, New York

UNITED STATES DISTRICT COURT
for the

|  | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Civil Action No. |
|  | ) |  |
| *Defendant* | ) |  |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**Reference Order**

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note:  Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.