UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOEMY JACKSON, ROBERTO PEREZ, and RAYMUNDO GALLARDO, on behalf of themselves and all other similarly-situated individuals,<br><br>*Plaintiffs*,<br><br>v.<br><br>ProAmpac LLC a/k/a ProAmpac *et al.*,<br><br>*Defendants*. | Civ. No.: 22-CV-3120 (NSR)(JCM) |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT, PROVISIONAL CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL, APPROVAL OF PROPOSED NOTICE OF SETTLEMENT AND RELATED RELIEF**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 23(e), and upon (i) the Settlement Agreement signed by all parties in this case, (ii) Plaintiffs' Memorandum of Law, (iii) the June 27, 2025 declaration of Robert McCreanor and the exhibits thereto, and (iv) all other papers heretofore had in this matter, the undersigned counsel for Plaintiffs will move this Court, before the Honorable Judith C. McCarthy, United States Magistrate Judge, 300 Quarropas Street, White Plains, New York, 10601, at a date and time to be determined by the Court, for an Order dismissing certain of the named Defendants in this action and amending the caption, granting preliminary approval of the parties' settlement, provisionally certifying the settlement class, appointing Plaintiffs' counsel as class counsel, and approving the proposed notice of settlement.

1

Responsive papers, if any, are due in accordance with the Federal Rules of Civil Procedure and the Court's rules.

Dated:  Hawthorne, New York
        June 27, 2025

/s/ Robert McCreanor
Robert McCreanor
Law Office of Robert D. McCreanor, PLLC
245 Saw Mill River Road
Suite 106
Hawthorne, NY 10532
(845) 202-1833
rmccreanor@rdmclegal.com

Patricia Kakalec
Kakalec Law PLLC
80 Broad Street, Suite 703
New York, NY 10004
(212) 705-8730
Patricia@KakalecLaw.com