UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
NOEMY JACKSON, ROBERTO PEREZ, and
RAYMUNDO GALLARDO, on behalf of themselves
and all other similarly situated individuals,

                Plaintiffs,

-against-

AMPAC PAPER, LLC,

                Defendant.
-------------------------------------------------------------------x

**ORDER FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND RELATED RELIEF**

22 Civ. 3120 (NSR)(JCM)

This matter having come before the Court upon the unopposed motion of Plaintiffs Noemy Jackson, Roberto Perez, and Raymundo Gallardo for Preliminary Approval of the Settlement, Provisional Certification of the Settlement Class, Appointment of Plaintiffs' Counsel as Class Counsel, Approval of Proposed Notice of Settlement, and related relief (the "Motion"), (Docket No. 126); and

The Court having considered Plaintiffs' materials submitted in support of the Motion, (Docket Nos. 127, 128);

Now, therefore, Plaintiffs' Motion is GRANTED and it is hereby ORDERED as follows:

1. Plaintiffs' claims against Defendants ProAmpac LLC a/k/a ProAmpac and Ampac Holdco Inc. a/k/a ProAmpac are dismissed with prejudice and the caption in this matter is amended as reflected above.

2. The Court grants preliminary approval of the parties' settlement as set forth in the Proposed Settlement Agreement (the "Settlement Agreement") at Exhibit 1 of the June 27, 2025 Declaration of Robert McCreanor, (Docket No. 128-1), and preliminarily finds

1

the terms of the Settlement Agreement to be fair, reasonable, and adequate under Rule 23(e) of the Federal Rules of Civil Procedure, including the amount of the settlement; the amount of distributions to class members; the procedure for giving notice to class members; the procedure for objecting to or opting out of the settlement; and the maximum amounts allocated as service awards, costs, and attorney's fees.

3. The Court approves the Notices and Claim Form, which are Exhibits A, B, and C to the Settlement Agreement.

4. The Court directs Defendant to provide, in electronic form, a list of Class Members with last known contact information to the Settlement Administrator as set forth in section 2.4(A) of the Settlement Agreement.

5. The Court preliminarily certifies for settlement purposes the Settlement Class described in the Settlement Agreement, comprised of all individuals who were employed by Ampac Paper, LLC ("ProAmpac") at any point as non-exempt, hourly converting department employees at its manufacturing facility located in Walden, New York from April 15, 2016 through July 31, 2024. The Settlement Class is comprised of the individuals identified in the document annexed to the Settlement Agreement as Exhibit D.

6. The Court appoints Plaintiffs Noemy Jackson, Roberto Perez, and Raymundo Gallardo as representatives for the Settlement Class.

7. The Court appoints Robert McCreanor (Law Office of Robert D. McCreanor, P.L.L.C.) and Patricia Kakalec (Kakalec Law PLLC) as counsel for the Settlement Class.

8. The Court directs that the Settlement Administrator selected by the parties provide notice to class members within 10 days of this Order in accordance with section 2.4 of the Settlement Agreement.

9. The Court orders that any class members who wish to opt out of the class must postmark, e-mail, or fax notice of their intention to opt out within 45 days of the mailing of the Notice to class members or, for any Class Members whose Notice is returned undeliverable, within 30 days of the re-mailing for which the Class Members's correct address is identified, but in no case later than seven (7) days before the Fairness Hearing.

10. The Court further orders that any objections to the settlement must be received by the Settlement Administrator by a date certain within 45 days from the mailing of the Notice to the Class Member, and in any case no later than seven (7) days before the Fairness Hearing.

11. A Fairness Hearing will be held on November 14, 2025 at 10:00 a.m. before the Honorable Judith C. McCarthy in Courtroom 421 at 300 Quarropas Street, White Plains, New York, 10601. At the Fairness Hearing, the Court will consider whether the Settlement Agreement should be finally approved as fair, reasonable, and adequate under Rule 23(e) of the Federal Rules of Civil Procedure and rule on the motion for attorney's fees, costs, and additional payments to be submitted by Plaintiffs.

12. Plaintiffs will submit a Motion for Final Approval not later than 15 calendar days before the date of the Fairness Hearing.

Dated: August 14, 2025
White Plains, New York

**SO ORDERED:**

*Judith C. McCarthy*
JUDITH C. McCARTHY
United States Magistrate Judge