**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NOEMY JACKSON, ROBERTO PEREZ, and RAYMUNDO GALLARDO, on behalf of themselves and all other similarly-situated individuals,<br><br>         *Plaintiffs*,<br><br>    *v.*<br><br>Ampac Paper, LLC,<br><br>         *Defendant.* | Civ. No.: 22-CV-3120 (NSR)(JCM) |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR FINAL**
**CLASS AND COLLECTIVE CERTIFICATION AND FOR FINAL**
**APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 23(e), and upon (i) the Court's August 13, 2025 Order granting preliminary approval and preliminary certification; (ii ) the Settlement Agreement signed by all parties in this case; (iii) Plaintiffs' Memorandum of Law; (iv) the November 4, 2025 declaration of Patricia Kakalec and the exhibits thereto; (v) the November 4, 2025 declaration of Robert McCreanor; and (vi) all other papers heretofore had in this matter, the undersigned counsel for Plaintiffs will move this Court, before the Honorable Judith C. McCarthy, United States Magistrate Judge, 300 Quarropas Street, White Plains, New York, 10601, on November 14, 2025 at 10:00 am for an Order granting final class and collective certification and final approval of the class and collective action settlement.

Responsive papers, if any, are due in accordance with the Federal Rules of Civil

Procedure and the Court's rules.

Dated:        New York, New York
              November 4, 2025


Patricia Kakalec
Kakalec Law PLLC
80 Broad Street, Suite 703
New York, NY 10004
(212) 705-8730
Patricia@KakalecLaw.com


Robert McCreanor
Law Office of Robert D. McCreanor, PLLC
245 Saw Mill River Road
Suite 106
Hawthorne, NY 10532
(845) 202-1833
rmccreanor@rdmclegal.com